■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KING, Appellant. [727 NYS2d 684] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). (Appeal from Judgment of Monroe County Court, Maloy, J.— Attempted Burglary, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Scudder, Kehoe and Burns, JJ.